# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA FLANERY, | ) |
| Plaintiff, | ) |
| | ) NO.  CV-11-3003-CI |
| v. | ) |
| | ) **JUDGMENT IN A** |
| MICHAEL J. ASTRUE, | ) **CIVIL CASE** |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: January 31, 2012

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk